IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>　　Plaintiff,<br><br>　v.<br><br>DNC SERVICES CORPORATION,<br><br>　　Defendant. | Case No. 2:22-CV-04472-GEKP<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　The parties to this action, Plaintiff Andrew R. Perrong and Defendant DNC Services Corporation, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1(b), hereby stipulate to the Dismissal with Prejudice of the instant action, with each party bearing their own costs.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

__/s/_____　　By:  /s/ *Clifford B. Levine*_____
Andrew R. Perrong　　　　　　　　　　　　DENTONS COHEN & GRIGSBY P.C.
*Plaintiff Pro Se*　　　　　　　　　　　　Clifford B. Levine (Pa. ID 33507)
1657 The Fairway #131　　　　　　　　　Cezanne S. Harrer (Pa. ID 324178)
Jenkintown, PA 19046　　　　　　　　　　625 Liberty Avenue
Phone: 215-791-6957　　　　　　　　　　Pittsburgh, PA  15222-3152
Facsimile: 888-329-0305　　　　　　　　Phone: 412-297-4749
andyperrong@gmail.com　　　　　　　　　Facsimile: 412-209-1975
　　　　　　　　　　　　　　　　　　　　Clifford.levine@dentons.com
　　　　　　　　　　　　　　　　　　　　Cezanne.harrer@dentons.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for DNC Services Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice was filed electronically on January 13, 2023. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ _____

Andrew R. Perrong
Plaintiff Pro Se